UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY W. HUNTER, ) | 1:07-cv-00674-AWI-NEW (DLB) HC |
| Petitioner, ) | |
| ) | ORDER GRANTING |
| v. ) | IN FORMA PAUPERIS STATUS |
| HABEAS CORPUS, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 17, 2007**               /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE