UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WESLEY W. HUNTER, | ) | 1:07-CV-00674 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #7] |
| v. | ) | |
| | ) | ORDER DISMISSING GROUNDS ONE AND |
| | ) | THREE FROM PETITION FOR WRIT OF |
| ANTHONY HEDGPETH, | ) | HABEAS CORPUS |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 20, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Grounds One and Three be DISMISSED from the petition for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 20, 2007, is ADOPTED IN FULL;

2. Grounds One and Three are DISMISSED from the petition for writ of habeas corpus; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 16, 2007**                   /s/ Anthony W. Ishii
                                                                    UNITED STATES DISTRICT JUDGE